210 So.2d 505

James ROWE

v.

HARDWARE DEALERS MUTUAL FIRE INSURANCE COMPANY et al.

No. 49247.

June 4, 1968.

In re: Mrs. James Rowe applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 208 So.2d 409.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

210 So.2d 506

Andrew ZIMMERMAN

v.

UNITED MACHINERY CORPORATION and Liberty Mutual Insurance Co., Inc.

No. 49248.

June 4, 1968.

In re: United Machinery Corporation and Liberty Mutual Insurance Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.